AO 121 (Rev. 06/16)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION          ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United States District Court, Central District of California |
| DOCKET NO.              DATE FILED | 350 West First Street, Suite 4311 |
| 2:19-cv-06302              7/22/2019 | Los Angeles, CA 90012-4565 |

| PLAINTIFF | DEFENDANT |
|---|---|
| FASHION AVENUE SWEATER KNITS, LLC, a New York limited liability company, | POOF APPAREL CORP. a New York corporation, ARDENE INTERNATIONAL INC. a Canadian corporation; ARDENE USA INC., a Delaware corporation, BOSCOV'S INC., a Pennsylvania corporation; DOES 1 through 10 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VAu 1-307-735 | Christmas 2017 | Fashion Avenue Knits |
| 2 VA 2-150-695 | Sup Penguins Style No. 16832 | Fashion Avenue Knits |
| 3 VA 2-158-952 | Llama With Sunglasses Style No. B16332 | Fashion Avenue Knits |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |  |  |  |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☑ Order      ☐ Judgment | ☐ Yes    ☑ No | 7/23/2021 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Kiry K. Gray | Trina DeBose | 7/23/2021 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy